■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM ANTHONY, Appellant. — Judgment of the Supreme Court, Kings County, rendered March 18, 1966 on resentence, reversed, on the law and the facts, and

action remitted to said court for resentencing of defendant as a second felony offender. Defendant's prior conviction in the District of Columbia was improperly utilized as a predicate for determining his multiple felony offender status (*People* v. *Clifton*, 28 A D 2d 708). Beldock, P. J., Christ, Rabin, Benjamin and Martuscello, JJ., concur.